UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ELECTRONIC PRIVACY INFORMATION CENTER )
1718 Connecticut Ave., N.W.         )
Suite 200                           )
Washington, DC 20009                )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )  Civil Action No._____
                                    )
THE UNITED STATES TRANSPORTATION    )
SECURITY ADMINISTRATION             )
601 South 12th Street               )
Arlington, VA 20598                 )
                                    )
        Defendant.                  )
_____ )

## CERTIFICATE UNDER LCVR 7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia Corporation with no parent company. No publicly held company owns more than 10% stock in EPIC.

These representations are made in order that judges of this Court may determine the need for recusal.

                    Respectfully submitted,

            By:     _____
                    John Verdi, Esquire (DC Bar # 495764)
                    ELECTRONIC PRIVACY INFORMATION
                    CENTER
                    1718 Connecticut Avenue, N.W.
                    Suite 200
                    Washington, D.C. 20009
                    (202) 483-1140 (telephone)
                    (202) 483-1248 (facsimile)

Dated: February 2, 2011

1