UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>      **Plaintiff,**<br><br>      v.<br><br>THE UNITED STATES TRANSPORTATION<br>SECURITY ADMINISTRATION<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Civil No. **1:11-cv-290 (ABJ)**<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

To the Clerk of this court and all parties of record:

Plaintiff EPIC hereby moves to admit Ginger McCall Pro Hac Vice. This motion is supported by the Declaration of Ginger McCall, filed herewith. Ms. McCall is an active member in good standing of the District of Columbia Bar (DC Bar # 1001104), and her application for admission to this bar will be submitted to this court within 7 days.

                                        Respectfully submitted,

                                        By:     *John Verdi /s/*
                                        John Verdi, Esquire (DC Bar # 495764)
                                        ELECTRONIC PRIVACY INFORMATION
                                        CENTER
                                        1718 Connecticut Avenue, N.W.
                                        Suite 200
                                        Washington, D.C. 20009
                                        (202) 483-1140 (telephone)
                                        (202) 483-1248 (facsimile)

Dated:  June 13, 2011

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of June, 2011, a true copy of the foregoing Notice of Appearance was served via ECF on:

Jesse Z. Grauman
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001

                                          *John Verdi /s/*
                                          John Verdi

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>    Plaintiff,                      )<br>)<br>    v.                              )<br>)<br>THE UNITED STATES TRANSPORTATION )<br>SECURITY ADMINISTRATION          )<br>)<br>    Defendant.                      )<br>                                     ) | Civil No. <u>1:11-cv-290 (ABJ)</u> |

### DECLARATION OF GINGER MCCALL

### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ginger McCall, hereby declare:

1. My name, office address, and telephone number are as follows:

Ginger McCall
Electronic Privacy Information Center
1718 Connecticut Avenue Northwest
Suite 200
Washington, D.C. 20009
(202) 483-1140 x. 102

2. I have been admitted to the following courts and bars:

District of Columbia (May 13, 2011) (DC Bar # 1001104)
Pennsylvania (December 10, 2009) (PA Bar # 307260)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I practice law in the District of Columbia and my DC Bar # is 1001104

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington,

D.C., this 13th day of June, 2011.

2

Respectfully submitted,

By: _____*Ginger McCall  /s/*_____
Ginger McCall, Esquire (DC Bar # 1001104)
ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

Dated: June 13, 2011

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES TRANSPORTATION )<br>SECURITY ADMINISTRATION )<br>)<br>Defendant. )<br>) | Civil No. **1:11-cv-290 (ABJ)** |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY GINGER MCCALL *PRO HAC VICE*

This court has reviewed the Plaintiffs' motion for admission of attorney Ginger McCall *pro hac vice*. Upon consideration of that motion, the Court grants attorney Ginger McCall *pro hac vice* admission to this Court.

IT IS SO ORDERED

DATED: _____                        _____

                                                                United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY GINGER MCCALL *PRO HAC VICE* 1.

4