UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ELECTRONIC PRIVACY INFORMATION CENTER )
    Plaintiff,                   )
                                            )
  v.                                        ) Case No. 1:11-cv-290 (ABJ)
                                            )
THE UNITED STATES TRANSPORTATION )
SECURITY ADMINISTRATION,                    )
    Defendant.                   )
_____)

## UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

Defendant United States Transportation Security Administration ("TSA"), by and through undersigned counsel, respectfully moves the Court to modify the summary judgment briefing deadlines in this action as detailed below.

Where, as here, a request for an extension of time is made before the original time expires, a court may grant the requested extension "for good cause." Fed. R. Civ. P. 6(b)(1). Defendant respectfully submits that good cause exists to grant the requested extension for the following reasons:

1.    In this Freedom of Information Act ("FOIA") action, the essential matters necessary for resolution at the summary judgment stage will likely be the sufficiency of Defendant's search for responsive agency records, and Defendant's withholding of certain records, and excerpts thereof, pursuant to FOIA's statutory exemptions.

2.    Pursuant to this Court's Scheduling Order of June 13, 2011 [ECF No. 7], the deadline for Defendant to file its motion for summary judgment is August 26, 2011.

3. In an effort to narrow or eliminate any issues necessary for the Court to resolve, Defendant intends to voluntarily prepare draft declarations regarding the scope of its search for responsive records, as well as draft Vaughn indices describing the bases for withholdings, and to provide them to Plaintiff in advance of the deadline for the filing of Defendant's motion for summary judgment.

4. Defendant accordingly requests a brief extension of the summary judgment briefing deadlines to provide adequate time for the parties to engage in discussions regarding these drafts with the goal of narrowing disputed issues.

5. Additionally, in recent weeks, undersigned counsel's caseload has increased significantly, necessitating the requested brief extension.[1]

6. For the above reasons, Defendant requests that the Court extend each of the briefing deadlines established in its order of June 13, 2011 as follows:

| Brief | Previous Date | New Date |
| --- | --- | --- |
| Defendant's Motion for Summary Judgment: | Aug. 26, 2011 | Sept. 9, 2011 |
| Plaintiff's Opposition and Cross-Motion: | Sept. 23, 2011 | Oct. 7, 2011 |
| Defendant's Reply and Opposition: | Oct. 11, 2011 | Oct. 25, 2011 |
| Plaintiff's Reply: | Oct. 25, 2011 | Nov. 8, 2011 |

7. Defendant does not seek to modify the deadline for the submission of a joint status report, due August 5, 2011.

8. A proposed order granting Defendant's motion is attached.

9. No prejudice will result from the enlargement of time.

10. No previous extensions have been granted.

---

[1] For the reasons detailed herein, Defendant has filed a substantially similar motion in Electronic Privacy Information Center v. DHS, No. 1:10cv1992, which is also pending before this Court, and in which the defendant agency is represented by undersigned counsel.

- 3 -

      11.    Pursuant to Local Civil Rule 7(m), counsel for Defendant has conferred with John Verdi, counsel for Plaintiff, who represented that Plaintiff does not oppose the relief requested.

Date: July 14, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney for
the District of Columbia

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Jesse Z. Grauman
JESSE Z. GRAUMAN (Va. Bar No. 76782)
U.S. Department of Justice
Civil Division, Federal Programs Branch

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W., Room 5374
Washington, D.C. 20001

Telephone:    (202) 514-2849
Fax:    (202) 616-8460
Email:    jesse.z.grauman@usdoj.gov

Attorneys for Defendants