**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT 1 - C**

**EPIC v. DHS**

**Civil Action 1:11-cv-0290**
**US District Court, District of Columbia**

**Vaughn Index, September 16, 2011**

Description of responsive records withheld in full or in part pursuant to FOIA Exemptions 3 (SSI), 4, 5 (deliberative process privilege) and 6.

| | BATES NUMBER | DESCRIPTION OF MATERIAL REDACTED | EXEMPTION | PAGES WITHHELD |
|---|---|---|---|---|
| **PROCUREMENT SPECIFICATION** | 000001-000002 | | | |
| | 000002 | A specific detection requirement | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| **FUNCTIONAL REQUIREMENTS DOCUMENT (ATR)** | 000003-000054 | | | |
| | 000003 | Revision history* | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000004 | Names of TSA employees | Exemption 6 | 1 page partially withheld |
| | 000005 | Revision history | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000006 | Table of Contents entries displaying security system plan | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000007-000008 | Appendix Table of Contents entries that reveal security evaluation methodology | Exemption 3; 49 U.S.C. 114(r) | 2 pages partially withheld |
| | 000009 | Description of a specific search target, screening technique enhancement, the types of objects identified as | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |

| | | anomalies | | |
|---|---|---|---|---|
| | 000010 | Definitions of imaging technology terms of art; identification of a sensitive security system | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000011 | Title of an internal security document | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000012-000020 | In-depth discussion of AIT system requirements including a discussion of threat objects, detection measurements and indicators, and operating instructions | Exemption 3; 49 U.S.C. 114(r) | 7 pages partially withheld, 2 pages withheld in full |
| | 000022 | Description of methodology used to evaluate AIT system hardware<br><br>Description of test performance criteria and component variables that are tested | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000024 | Variables analyzed in hardware testing; a type of data flow or condition along with a description of certain test conditions analyzed | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000025-000031 | Description of system evaluation verification table references, test criteria, and evaluation codes<br><br>Verification methodology and identification of which entities will verify compliance | Exemption 349 U.S.C. 114(r) | 7 page partially withheld |
| | 000033 | Sensitive acronyms revealing sensitive security concepts | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000034-000054 | Detailed outline including tables and charts setting forth the process for evaluating compliance with the requirements of the AIT/ATR security plan | Exemption 3; 49 U.S.C. 114(r) | 21 pages withheld in full |
| **RAPISCAN SYSTEMS AIT QUALIFICATION DATA PACKAGE** | 000055-000149 | | | |
| | 000055 | Rapiscan employee names and phone numbers | Exemptions 4 & 6 | 1 page partially withheld |
| | 000056 | Reference to a sensitive security plan | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |

| | | | | |
|---|---|---|---|---|
| | 000057 | Description of security search items<br>Version date<br><br>Names of Rapiscan employees | Exemption 3; 49 U.S.C. 114(r)<br><br>Exemptions 4 & 6 | 1 page partially withheld |
| | 000058 | Rapiscan equipments' serial number, software version and ATR Algorithm version<br><br>Confidential equipment part numbers and a description of the system's hardware configuration items | Exemption 4 | 1 page partially withheld |
| | 000059 | Name, title, and signature of a Rapiscan employee | Exemptions 4 & 6 | 1 page partially withheld |
| | 000060 | Certificate of Conformance descriptions of a business confidential distinction<br><br>Name, title, and signature of a Rapiscan employee | Exemptions 4 & 6 | 1 page partially withheld |
| | 000061-000087 | ATR functionality requirements and Rapiscan's test procedures to test compliance with ATR functionality requirements | Exemptions 3; 49 U.S.C. 114(r); Exemption 4 | 17 pages partially withheld |
| | 000088 | Appendix A's reference to a distinguishing feature of a requirement | Exemption 3; 49 U.S.C. 114(r); | 1 page partially withheld |
| | 000089 | References to a distinguishing feature of a requirement, software version deployed, ATR version deployed, ATR testing locations, test results | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000090 | ATR test procedure | Exemption3; 49 U.S.C. 114(r) Exemption 4 | 1 page partially withheld |
| | 000091-000099 | ATR Testing conditions and results | Exemption 3; 49 U.S.C. 114(r); Exemption 4 | 9 pages withheld in full |
| | 000101-000102 | Description of Rapiscan's AIT ATR Feature Space and detection algorithm; algorithmic chart | Exemption 4 | 1 page partially withheld<br>1 page withheld in full |

| | | | | |
|---|---|---|---|---|
| | 000103-000105<br><br>000104 | System and requirements numbers; description of security screening detection images; security screening detection images<br><br>Discussion of Rapiscan's confidential detection algorithm process | Exemption 3; 49 U.S.C. 114(r); Exemption 4<br><br>Exemption 4 | 3 pages partially withheld<br><br>1 page partially withheld |
| | 000106-000107 | Pages discussing confidential software settings | Exemption 4 | 2 pages partially withheld |
| | 000108-000109 | Test procedures and results | Exemption 4 | 2 pages partially withheld |
| | 000110-000112 | Security screening detection images | Exemption 3; 49 U.S.C. 114(r); | 2 pages partially withheld |
| | 000113-000115 | Test procedures and results | Exemption 3; 49 U.S.C. 114(r); Exemption 4 | 3 pages partially withheld |
| | 000116-000120 | Confidential software pages with screen icons, images / testing results and reporting | Exemption 3; 49 U.S.C. 114(r); Exemption 4 | 5 pages partially withheld |
| | 000121-000123 | Raw data reports | Exemption 4 | 3 pages partially withheld |
| | 000124-000125<br><br>000126<br><br>000127-000131, 000134<br><br>000132-000133, 000135-000148 | Confidential software pages with screen icons, images<br><br>Security screening detection images<br><br>Confidential software pages with screen icons, images / testing results and reporting | Exemption 4<br><br>Exemption 3; 49 U.S.C. 114(r);<br><br>Exemption 4<br><br>Exemption 3; 49 U.S.C. 114(r); | 2 pages partially withheld<br><br>1 page partially withheld<br><br>5 pages partially withheld<br><br>16 pages partially withheld |
| **L-3 AIT ATR QPL** | 000150-000369 | | | |
| | 000150 | Name, title and phone number of L-3 employee | Exemption 6 | 1 page partially withheld |

| | | | | |
|---|---|---|---|---|
| | 000153 | Description of ATR feature space used; threat detection process | Exemption 3; 49 U.S.C. Sec. 114 (r); Exemption 4 | 1 page partially withheld |
| | 000154 | Description of Software and testing methodology | Exemption 3; 49 U.S.C. Sec. 114 (r); Exemption 4 | 1 page partially withheld |
| | 000155-000162 | Testing images, substantiation methodology, including system model and serial numbers, threat detection evaluation criteria, compliance information | Exemption 3; 49 U.S.C. Sec. 114 (r); Exemption 4 | 4 pages partially withheld; 4 pages partially withheld |
| | 000163-000164, 000166-000171, 000173, 000175, 000177-000195, 000198-000228 | substantiation images and dimensions; software screen shots; substantiation methodology including formula | Exemption 3; 49 U.S.C. Sec. 114 (r); Exemption 4 | 59 pages withheld in full |
| | 000165, 000172, 000174, 000176,000196, | Performance specifications | Exemption 4 | 5 pages withheld in full |
| L-3 Operations Manual | 000232 | Revision information for the internal operations manual to the L-3 Provision AIT ATD | Exemption 4 | 1 page partially withheld |
| | 000234-000263 | Description of L-3 Communication's Security and detection system operation procedures; detailed description of features available to operators; includes computer screen shots, software description, theories of operation, settings and calibrations; Proprietary operating | Exemption 4 | 28 pages withheld in full; 2 pages partially withheld |

| | | | | |
|---|---|---|---|---|
| | | details | | |
| | 000239-000240, 000241-000247, 000249, 000252-000256, 000260-000262, | Operational procedures including settings and calibration details, including operational screen shots | Exemption 3; 49 U.S.C. 114(r) | 14 pages withheld in full; 4 pages partially withheld |
| L-3's Qualification Plan | 000264, 000265 | Internal L-3 employee name, signature, suite number, and fax number | Exemption 6 | 2 pages partially withheld |
| | 000265 | Internal Plan information<br>Software and hardware discussion<br>Testing and design discussion | Exemption 4 | 1 page partially withheld |
| | 000267-000290, | Provides details on qualification and verification ; Describes testing methodology, organization, test item descriptions and configurations, requirements and substantiations, types of verifications, test plan, support equipment, test schedule and verification requirements | Exemption 4 | 23 pages withheld in full |
| | 000267, 000269-000290 | Provides details on qualification and verification ; Describes testing methodology, organization, test item descriptions and configurations, requirements and substantiations, types of verifications, test plan, support equipment, test schedule and verification requirements | Exemption 3; 49 U.S.C. 114(r) | 5 pages partially withheld; 18 pages withheld in full |
| L-3's ProVision Service/Technical manual | 000291-000321 | Describes actual system design, configuration, and includes diagrams, measurements, dimension, components; also includes change description, system | Exemptions 3; 49 U.S.C. 114(r); Exemption 4 | 31 pages withheld in full |

| | | | | |
|---|---|---|---|---|
| | | safety, installation | | |
| L-3's Operator Training Manual<br><br>Discusses the equipment's threat detection capabilities; Contains software screen shots, control panel settings and operational instructions | 000324,<br>000328-000329,<br>000331-000333<br><br>000336,<br>000339-000351,<br>000354-000355,<br>000357,<br>000360-000367 | References threat objects, detection process measurements, and security screening techniques<br>Operational instructions<br><br>Operational instructions and guidance; screen shots<br>Equipment photos, images, control panel screen shots and image interpretation | Exemption 3; 49 U.S.C. 114(r)<br><br>Exemption 3; 49 U.S.C. 114(r) | 2 pages partially withheld; 1 page withheld in full<br><br>21 withheld in full; 4 pages partially withheld |
| | ——— | ------------------ | ---------------- | ---------------- |
| | 000328<br>000331-000334 | Sensitive technical references and lays out proprietary approach to training operators | Exemption 4 | 5 pages withheld in full |
| | 000336-000352 | Describes capabilities of security system | Exemption 4 | 17 pages withheld in full |
| | 000355-00368 | Screen shots of control panel;<br>Operational instructions and guidance; photograph of system component | Exemption 4 | 14 pages withheld in full |
| **L-3 Request for Deviation** | 000370-000375 | | | |
| | 000370-000373, | L3'and TSA's internal employee names, signatures, | Exemption 6 | 6 pages partially |

| | | | | |
|---|---|---|---|---|
| | 000378, 000380 | phone numbers, and email addresses | | withheld |
| | 000370,<br>000371-000373 | System software version description;<br>Model numbers, type of testing involved; system identification by airport; | Exemption 4 | 4 pages partially withheld; |
| | 000375 | Description of deviation/waiver including specific system changes, software information, and scheduling | Exemption 4 | 1 page withheld in full |
| | 000376 | Model numbers | Exemption 4 | 1 page partially withheld |
| | 000379-000380 | Cost and pricing information | Exemption 4 | 2 pages partially withheld |
| **TASK ORDER/STATEMENT OF WORK FOR AIT SYSTEM WITH ATR FOR CHECKPOINT OPERATIONS** | 000376-000386 | | | |
| | 000382-00386 | Statement of Work security-related identifying feature, revision history** | Exemption 3; 49 U.S.C. 114(r) | 5 pages partially withheld |
| | 000383<br>000384-000386 | Security screening outcome; specification document revision history; description of the development, requirements, and delivery of the ATR | Exemption 3; 49 U.S.C. 114(r) | 4 pages partially withheld |
| **Contract Modification** | 000387-000402 | | | |
| | 000387, 000390, 000393, 000401, | Rapiscan employee names, titles, signature, email address, and phone number | Exemption 6 | 7 pages partially withheld |

| | | | | |
|---|---|---|---|---|
| | 000395-000396, 000399<br><br>000388-000389, 000391-000392, 000397-000398, 000400-000401 | ———<br><br>Pricing information | ———<br><br>Exemption 4 | <br><br>8 pages partially withheld |
| **ATR OTE WEEKLY DATA REPORT** | 000403 | | | |
| | 000403 | ATR Testing Results | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| **AIT ATR PowerPoint July 2011** | 000404-000421 | | | |
| | 000406 | Security screening image analysis criteria and screen shot of hidden items | Exemption 3; 49 114(r) | 1 page partially withheld |
| | 000407 | screen shot of hidden items | Exemption 3; 49 114(r) | 1 page partially withheld |
| | 000408 | Security screening system reliability criteria | Exemption 3; 49 114(r) | 1 page partially withheld |
| | 000411-000412 | Detailed description of key threat detection performance parameters and performance effectiveness | Exemption 3; 49 114(r) | 2 pages partially withheld |
| | 000413-000414 | Detection comparison<br>Performance analysis and comparison; discussion of security screening technique; performance metrics<br>Specific security-related future plans and goals; specific future testing objectives | Exemption 3; 49 114(r) | 2 pages partially withheld |

| | | | | |
|---|---|---|---|---|
| | 000416, 000417 | Future testing, research/development and deployment plans for AIT/ATR | Exemption 3; 49 114(r) | 2 pages partially withheld |
| | 000411-000412 | Detailed description of key threat detection performance parameters and performance effectiveness | Exemption 5 deliberative process privilege | 2 pages partially withheld |
| | 000413 | Chart measuring operational availability And passenger throughput | Exemption 5 deliberative process privilege | 1 page partially withheld |
| | 00414 | Measurement of passenger throughput | Exemption 5 deliberative process privilege | 1 page partially withheld |
| | 000415-000417 | Letter of Assessment findings and conclusions pertaining to future use of ATR; security and policy discussion of "next steps" for ATR; and description of future testing operations at three airports | Exemption 5 deliberative process privilege | 3 pages partially withheld |
| | 000418-000420 | Future budget and purchase projections Future procurement schedule and deployment goals | Exemption 5 deliberative process privilege | 3 pages partially withheld |
| **DHS Acquisition Review Board for ATR, 6/13/11** | 000422-000462 | | | |
| | 000422, 000447, 000451-453 | Internal employee names | Exemption 6 | 5 pages partially withheld |
| | 000423 | Internal discussion of future testing and evaluation and of future procurement upgrades | Exemption 3; 49 114(r) | 1 page partially withheld |

| | | | | |
|---|---|---|---|---|
| | 000424 | Discussion of ATR's capabilities | Exemption 3; 49 114(r) | 1 page partially withheld |
| | 000425 | Discussion of ATR's performance; includes data and performance metrics | Exemption 3; 49 114(r) | 1 partially withheld |
| | 000426-000427 | ATR effectiveness data and analysis | Exemption 3; 49 114(r) | 2 pages partially withheld |
| | 000430 | Discussion of test excursion methodology | Exemption 3; 49 114(r) | 1 page partially withheld |
| | 000431-000432 | Letter of Assessment conclusions and analysis of test results | Exemption 3; 49 114(r) | 2 pages partially withheld |
| | 000436 | Internal discussion of test results | Exemption 3; 49 114(r) | 1 page partially withheld |
| | 000437-000438 | Description of risks | Exemption 3; 49 114(r) | 2 pages partially withheld |
| | 000440, 000450 | Internal discussion of future testing and evaluation, and equipment procurement | Exemption 3; 49 114(r) | 2 pages partially withheld |
| | 000423 | Discussion of future procurement upgrades | Exemption 5 deliberative process privilege | 1 page partially withheld |
| | 000425, 000427 | Evaluation of ATR's performance | Exemption 5 deliberative process privilege | 2 pages partially withheld |

| | | | | |
|---|---|---|---|---|
| | 000428-000429 | Internal discussion of specific requirements and performance by vendor and development of plan to resolve deferred requirements | Exemption 5 deliberative process privilege | 2 pages partially withheld |
| | 000430 | Discussion of planned test excursion methodology | Exemption 5 deliberative process privilege | 1 page partially withheld |
| | 000431-000443 | Description of Letter of Assessment's analysis of test results | Exemption 5 deliberative process privilege | 3 pages partially withheld |
| | 000434- 000436 | Discussion of planned future acquisition strategy, its schedule and issues of concern | Exemption 5 deliberative process privilege | 3 pages partially withheld |
| | 000437-000438 | Description/discussion of risks going forward | Exemption 5 deliberative process privilege | 2 pages partially withheld |
| | 000439 | Discussion of future action items | Exemption 5 deliberative process privilege | 1 page partially withheld |
| | 000440 | Internal discussion of future testing and evaluation and equipment procurement | Exemption 5 deliberative process privilege | 1 page partially withheld |
| | 000442-000443 | Summary of program plans to enhance threat detection technologies; internal program recommendation; | Exemption 5 deliberative process privilege | 2 pages partially withheld |
| | 000444-000445 | Proposed funding and deployment goals for specific security programs | Exemption 5 deliberative process privilege | 2 pages partially withheld |

| | | | | |
|---|---|---|---|---|
| | 000448-000449 | ATR Program cost estimates | Exemption 5 deliberative process privilege | 2 pages partially withheld |
| | 000450 | Internal discussion of future testing and evaluation, and equipment procurement | Exemption 5 deliberative process privilege | 1 page partially withheld |
| | 000454-000455 | Internal proposals staffing planning and cross component coordination | Exemption 5 deliberative process privilege | 2 pages partially withheld |
| | 000456-000461 | NOT RESPONSIVE | | 6 PAGES WITHHELD |
| | 000462 | Discussion of proposed acquisition strategy | Exemption 5 deliberative process privilege | 1 page withheld in full |
| **ATR MEMORANDA** | 000463-000483 | | | |
| | 000463-000464, 000477-000479, 000481-000483 | Internal employee name and signature | Exemption 6 | 8 pages partially withheld |
| | | ——— | ——— | ——— |
| | 000463-000464 | Discussion of analysis and thought processes of DHS office operational testing and evaluation, and follow-on recommendations for ATR program | Exemption 5 deliberative process privilege | 2 pages partially withheld |
| | 000466-000467 | Analysis of possible implementation of ATR, including analysis of DHS's operational testing and evaluation of proposed ATR usage | Exemption 5 deliberative process privilege | 2 pages partially withheld |
| | | Analysis of ATR's compliance with specific security | Exemption 5 | 7 pages partially |

| | | | | |
|---|---|---|---|---|
| | 000468-000475 | performance objectives; conclusions and recommendations for future testing and evaluations | deliberative process privilege | withheld; 1 page withheld in full |
| | 000478-000483 | Memoranda seeking concurrence with recommendations, and making recommendations pertaining to ATR | Exemption 5 deliberative process privilege | 6 pages partially withheld |
| | | ——— | ——— | |
| | 000464-000465 | Operational Requirements Document for AIT System for Checkpoint Operations version date; dates of all AIT technical documents and memoranda | Exemption 3; 49 U.S.C. 114(r) | 2 pages partially withheld |
| | 000466 | Reference to specific basis for anomalies | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000467 | Discussion of security elements in control panel screen shot with image | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000470, 000473-000474 | Discussion and analysis of ATR effectiveness and functionality; includes specific references to security screening elements | Exemption 3; 49 U.S.C. 114(r) | 3 pages partially withheld |
| | 000477-00479,000481-483 | AIT security screening concept and SOP revision history; detailed discussion of internal analysis of requirements; discussion of testing and evaluation outcomes, including programmatic recommendations | Exemption 3; 49 U.S.C. 114(r) | 6 pages partially withheld |
| **OPERATIONAL TEST PLAN (OTP) & OPERATIONAL TEST AND EVALUATION (OT&E) FOR** | 000484-000617 | | | |

| AIT/ATR | | | | |
|---|---|---|---|---|
| | 000484-000617 | Testing report date and signature dates | Exemption 3; 49 U.S.C. 1149(r) | |
| | 000486-000488 | Table of content references to sensitive security screening concepts | | 3 pages partially withheld |
| Introduction | 000489 | Question about vulnerability | | |
| | 000490-000491 | Description of testing process for upcoming operational testing; discussion of vendor capability requirements; Reference and table revealing security screening requirement and rationale; system description that identifies specific security objective; AIT /ATR image operator staffing proposal; Security Screening SOP reference; security screening techniques | Exemption 3; 49 U.S.C. 114(r) | 3 pages partially withheld |
| | 000492 | AIT ATR screening process flow that contains security screening techniques and operating procedure | Exemption 3; 49 U.S.C. 114(r) | 1 page withheld in full |
| | 000493-000494 | Discussion of purpose and need for AIT ATR and includes references to undisclosed sensitive security concepts; detailed discussions of AIT detection capability including and various layers of security; testing limitations | Exemption 3; 49 114(r) | 2 pages partially withheld |
| | 000495-000496 | Operational testing schedule and activity plan revealing framework and thought processes on how to test security equipment; discussion of additional testing goals | Exemption 3; 49 114(r) | 2 pages partially withheld |
| Event Description – Test Design | 000497-000499 | Discussion of overall testing methodology to be deployed; discussion of testing of specific threats; Data collection methods to be deployed including security screening techniques | Exemption 3; 49 114(r) | 3 pages partially withheld |
| | | AIT / ATR testing schedules and references to specific | Exemption 3; 49 | 3 pages partially |

| | | | | |
|---|---|---|---|---|
| | 000500-000502 | aspects of the security testing; reference to security screening procedures | 114(r) | withheld |
| | | Reference to testing criteria | | |
| | 000503 | Discussion of testing process pertaining to threat detection | Exemption 3; 49 114(r) | 1 page partially withheld |
| | 000504-000514 | Discussion of factors evaluated in acquisitions in security context | Exemption 3; 49 114(r) | 11 pages partially withheld |
| | 000515-000521, 000523, 000526, 000530-000536 | Detailed charts and discussions setting forth testing criterion and measures; listing and discussion of associated security system requirements and threat detection objectives and evaluation process | Exemption 3; 49 114(r) | 3 pages withheld in full; 13 pages withheld in part |
| | 000538 | Table that describes threat detection and other security system analysis forms used during testing | Exemption 3; 49 114(r) | 1 page partially withheld |
| **Testing Data Management** | 000542, 000544, 000545 | Acronyms for undisclosed sensitive security concepts | Exemption 3; 49 114(r) | 3 pages partially withheld |
| | 000546-000547 | Description of types and compositions of threat objects | Exemption 3; 49 114(r) | 2 pages partially withheld |
| **Appendix A – Detailed System Descriptions** | 000548, 000550 | Sensitive operational testing criteria | Exemption 3; 49 114(r) | 2 pages partially withheld |
| | 000551-000558 | Screen shots of operational testing data collection forms | Exemption 3; 49 | 3 pages withheld in |

| | | | | |
|---|---|---|---|---|
| | | | 114(r) | full; 5 pages partially withheld |
| | 000560, 000564 | Reference to threat detection review of testing data authentication group | Exemption 3; 49 114(r) | 2 pages partially withheld |
| | 000566-000616 | Baseline Correlation Matrix/Requirements Crosswalk Matrix which includes detailed chart discussion of each specific performance requirement to be tested, testing criterion or measure, operational testing measure of performance, and comments | Exemption 3; 49 114(r) | 51 pages partially withheld |
| | 000617 | Discussion of testing articles | Exemption 3; 49 114(r) | 1 pages partially withheld |
| | | ——— | ——— | ——— |
| | 000490 | Description of proposed testing process for upcoming operational testing; discussion of vendor capability requirements; reference and table revealing security screening requirement and rationale | Exemption 5 | 1 page partially withheld |
| | 000493-000494 | Discussion of opinion about purpose and need for AIT ATR | Exemption 5 | 1 page partially withheld; 1 page withheld in full |
| | 000495-000500 | Planned operational testing schedule and activity plan revealing framework and though processes on how to test security equipment; discussion of additional testing goals | Exemption 5 | 6 pages partially withheld |
| | 000501 | Discussion of overall testing methodology to be deployed; discussion of planned testing of specific | Exemption 5 | 1 page partially |

| | | | | |
|---|---|---|---|---|
| | | threats; Data collection methods to be deployed including security screening techniques; proposed testing schedule | | withheld |
| | 000503 | Proposed testing features and criteria, testing data collection methodology | Exemption 5 | 1 page partially withheld |
| | 000504-000514 | Planned testing evaluation methodology | Exemption 5 | 11 pages partially withheld |
| | 000515-000536 | Proposed testing objective/issue, testing criteria and source of specific requirement to be tested; Provides operational testing data collection methodology; data analysis methodology | Exemption 5 | 22 pages withheld in full |
| | 000539 | Planned testing data review designations | Exemption 5 | 1 page partially withheld |
| | 000541 | Planned scoring criteria for operational testing | Exemption 5 | 1 page partially withheld |
| | 000548-000550 | Planned sensitive operational testing criteria | Exemption 5 | 3 pages partially withheld |
| | 000551-000558 | Screen shots of planned operational testing data collection forms | Exemption 5 | 3 pages withheld in full; 5 pages partially withheld |
| | 000562 | Discussion of proposed authentication codes and purpose | Exemption 5 | 1 page partially withheld |
| | 000566-000616 | Discussion of each specific performance requirement planned to be tested, planned testing criterion or measure, planned operational testing measure of performance, and comments | Exemption 5 | 51 pages partially withheld |

| | | | | |
|---|---|---|---|---|
| | 000617 | Discussion of proposed testing articles | Exemption 5 | 1 page withheld in full |
| | 000485 | Names and signatures of internal employees | Exemption 6 | 1 page partially withheld |
| **FINAL REPORT LAB QUALIFICATION TEST L-3 PRO-VISION** | 000618-000649 | | | |
| | 000618, 000620 | Revision and testing history (dates, version numbers) | Exemption 3; 49 U.S.C. 114(r) | 2 pages partially withheld |
| | 000622 | Table of contents reference identifying sensitive security-related testing concepts | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000624, 000626 | Version numbers, other sensitive identifying feature of testing; discussion of threat detection requirements and vulnerabilities; dates of reports | Exemption 3; 49 U.S.C. 114(r) | 2 pages partially withheld |
| | 000627 | Discussion of testing requirement metric, security concepts, and detailed discussion of testing and evaluation methodology | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000628 | Catalogue of qualification test records | Exemption 3; 49 U.S.C. 114(r) | 1 page partially withheld |
| | 000629 | Reference to specific test metric; reference to key security requirement testing; reference to table 2 that | Exemption 3; 49 | 1 page partially |

| | | | | |
|---|---|---|---|---|
| | | discusses testing modes and processes | U.S.C. 114(r) | withheld |
| | 000630-000631 | Tables containing vendor's equipment serial numbers, location at TSA and software versions tested; specific testing activities and dates; reference to testing standard, threat detection objective and discussion of testing results | Exemption 3; 49 U.S.C. 114(r) | 2 pages partially withheld |
| | 000632-00637 | Several tables detailing requirements and testing results | Exemption 3; 49 U.S.C. 114(r) | 2 pages partially withheld |
| | 000641-000649 | Several tables detailing requirements and testing results and record references | Exemption 3; 49 U.S.C. 114(r) | 9 pages partially withheld |
| **DRAFT FUNCTIONAL REQUIREMENTS DOCUMENTS** | | 44 Drafts of the Functional Requirements Document (ATR) | Exemption 3; 49 U.S.C. 114(r); Exemption 5 Deliberative Process Privilege | 1744 pages withheld in full |
| **ATR Test Results** | 2 databases | ATR Test Results | Exemption 3; 49 U.S.C. 114(r) | 1121 pages withheld in full (estimate) |

*The revision histories (including version cites, numbers, dates, schedules, etc.) of performance specifications, standard operating procedures, operational requirements, testing, and other similar documents have been redacted throughout the document under Exemption 3; 49 U.S.C. 114(r)

**This is an estimate of the potential page count; the records from the databases were not printed.