**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT 4**

**Declaration of Whitney T. Weller**

I, Whitney T. Weller, hereby declare as follows:

1. I am the Product Line Director for Security and Detection Systems Inc. ProVision ATD, Advanced Imaging Technology (AIT) product line. I have a degree in electrical engineering from University of Massachusetts and four years of experience in the AIT product space and an overall 33 years of industry experience with the majority of my career working in Business Development and Systems Engineering for Optical and Radio Frequency (RF) products.

2. As Product Line Director, I have both a technical and a business role that involves responsibility to specify and market AIT products worldwide. My role requires understanding the competitive product space for AIT systems and the technical details of the product using my engineering skills.

3. The AIT market primarily consists of four major competitors active in aviation security and commercial checkpoints worldwide. The product procurement activity for the United States market is primarily through the Department of Homeland Security for air transportation applications under the TSA. A specific example of this procurement activity is the TSA task order: Task/Delivery Order Statement of Work, Advanced Imaging Technology (AIT) System with Automatic Target Recognition (ATR) for Checkpoint Operations, requesting delivery of imaging technology systems compliant with Reference A- Functional Requirements Document for an Advanced Imaging Technology System with Automatic Target Recognition for Checkpoint Operations, . Similar air transportation security business opportunities exist and are currently active in Canada, several European countries, Asia and Australia. Competitors to the L-3 ProVision AIT product line include, but are not limited to, Rapiscan, AS&E and Smiths Detection. AIT products from these companies are in production and in specific cases, qualified to the same government performance standards thereby creating a highly competitive business

1

environment. This product space is highly competitive and success is based on knowledge of the detection and operational requirements for each customer and regulatory situation. The knowledge of aviation security operations known to L-3 is incorporated in L-3 Communications products and provides significant commercial competitive advantage based on current and anticipated future product procurements for public transportation security applications. Information requested in customer Request for Information (RFI) and Requests for Proposal (RFP) procurement contain both SSI and Classified sections. The Qualified Product List (QPL) response provided by L-3 Communications contains vendor explanation of product features and implementation which provides substantiation information that proves ProVision ATD compliance as compared by TSA with the competition.

4. As part of my responsibilities at L-3 Communications and expertise in the market and technical characteristics of the system, I was asked to review information requested under this FOIA inquiry.

5. The document titled "L-3 Communications Security and Detection System AIT ATR QPL" was prepared and submitted to DHS by L-3 in order to satisfy the Management Plan for the Qualification Test & Evaluation of Advanced Imaging Technology (AIT) with Automated Target Recognition (ATR) requirements. The package is proprietary to L-3 Communications, covered by mutual Non-Disclosure Agreements (NDA) and contains Security Sensitive Information (SSI). This document contains substantiation data that demonstrates the vendor equipment ability to meet DHS security system detection and operational specifications necessary for the product to be accepted by the government and placed on the official Qualified Products List (QPL) for homeland security applications.

6. L-3 offered the ProVision ATD (Automated Target Detection) system in response to Task/Delivery Order Statement of Work, Advanced Imaging Technology (AIT) System with

Automatic Target Recognition (ATR) for Checkpoint Operations, Reference A- Functional Requirements Document for an Advanced Imaging Technology System with Automatic Target Recognition for Checkpoint Operations, L-3 and DHS/S&T NDA executed agreements apply to this document along with Security Sensitive Information (SSI) because release of information from this document can harm transportation security by exposing ProVision ATD system vulnerabilities. In addition exposing SSI and L-3 proprietary descriptions of ProVision ATD operational and performance parameters to the competitors and parties intent on mayhem would substantially harm L-3's competitive position and commercial interests. Within L-3 this document is kept with other sensitive information on secure company data storage facilities. These facilities are only accessible by company employees with a "need to know" and stored in an encrypted form. Any transmission or distribution over email service is transmitted in an encrypted and password protected format complying with SSI and corporate policies for storage and transmission of such information.

7. The document titled "L-3 Communications Security and Detection System AIT ATR QPL" consists of the main document containing a point by point discussion of compliance with TSA system specifications contained in TSA Task/Delivery Order Statement of Work, Advanced Imaging Technology (AIT) System with Automatic Target Recognition (ATR) for Checkpoint Operations, Reference A- Functional Requirements Document for an Advanced Imaging Technology System with Automatic Target Recognition for Checkpoint Operations. The document "L-3 Communications Security and Detection System AIT ATR QPL" refers to two Appendices "A&B". Appendix A provides Substantiation data for review by the government showing that ProVision ATD satisfies the requirements contained in the task order "Reference A" in the form of compliance to "Shall" statements contained therein. Appendix B contains relevant documents required by the Task/Delivery Order Statement of Work, Advanced Imaging Technology (AIT) System with Automatic Target Recognition (ATR) for Checkpoint Operations,

3


Reference A- Functional Requirements Document for an Advanced Imaging Technology System with Automatic Target Recognition for Checkpoint Operations. Appendix B includes: ProVision ATD Operators Manual, Test Plan AIT ATR Rev1, OfflineProc-TSA3.8ATR, Service Manual_A0 and Training Manual RevA0. The excerpts from L-3 Communications proprietary and SSI document "AIT ATR QPL" documents are contained in the following range of pages: EPIC ATR 000150 through EPIC ATR 000196. Redacted sections in the reviewed documents pertain to ProVision AIT specific design parameters, feature implementation and functional performance details of the product developed by L-3. Disclosure of this information would cause substantial competitive harm as it would enable competitors to copy technical attributes of the design for use in their competitive products which would directly compete with L-3 Communications in the AIT product market space. Release of system design information would enable competitors to gain insights into proprietary algorithm implementation techniques and system performance metrics. Non public proprietary information could be used to gain competitive advantage in current and future competitive procurement programs. Substantial harm to L-3 would include but not be limited to: loss of market leadership in AIT market space which is a business currently encompassing approximately $30 million dollars per year.

8. Appendix A Substantiation Data is set forth at EPIC ATR 000198 through EPIC ATR 000228. These pages provide the government with statements, test results and evidence that the ProVision ATD complies with various "shalls" or specifications contained in the Task/Delivery Order SOW Reference A- Functional Requirements Document for an Advanced Imaging Technology System with Automatic Target Recognition for Checkpoint Operationsshall statements: 8, 16, 18, 29, 30,31,38, 59, 59-67, 68-76. These pages include detailed description of feature implementation, test results provided for substantiation of system compliance with the specification. Public release of this data would cause substantial harm to L-3 by exposing system feature implementation details that have "know how" value to the competition. The competition would

erode the L-3 competitive position by using insight into L-3 "know how" against L-3 by copying techniques or looking for weakness in the approach. Modeling competitive approach on L-3 system characteristics would save competitors months and maybe years of customer interaction and research and development. L-3 has made the investment on behalf of L-3 share holders to enable sales of the ProVision ATD system to the TSA AIT ATR program. Competitors who have not made such an investment would experience enhancement of their products at the expense of L-3.

9. When L3 originally submitted the QPL to TSA, it included as attachments several documents: the Provision Operations Manual (pages 00230-00263), a Qualification Plan for the Advanced Imaging Technology (AIT) System with Automated Target Recognition (ATR) (pages 00264-0278); Off-line processing TSA 3.8 ATR Provision (000279 to 000290); the ProVision SC-100 Service Manual (00291-00321), and a Training Manual (00322-00369). The competition would erode L-3's competitive position by using insight into L-3 "know how" contained in the documents against L-3 by copying techniques or looking for weakness in the approach. Modeling competitive approach on L-3 system characteristics would save competitors months and maybe years of customer interaction and research and development. L-3 has made the investment on behalf of L-3 share holders to enable sales of the ProVision ATD system to the TSA AIT ATR program. Competitors who have not made such an investment would experience enhancement of their products at the expense of L-3.

10. Document EPIC ATR 0000232 contains the name of the L-3 employee who wrote the document and exposure would allow solicitation of the employee by L-3 competitors. Loss of trained personnel would harm L-3 competitively because L-3 spends considerable effort recruiting, training and developing human capital to successfully specify, market and sell equipment in the security sector.

11. Information in document: Operations Manual, EPIC ATR 000234 through EPIC ATR 000263 exposes details of system operation that may explain to those looking to cause system failure at checkpoint. Third parties may use this information to potentially cause mayhem that would cause substantial harm to L-3. The L-3 Operations Manuals requires understanding, effort and skill to produce. Not only does the manual reveal how the machine functions, but offers the completion insight into creating an easy-to-understand way of communicating how to operate the machine. L-3 experience with security and detection and our ability to communicate methods of operations is part of L3's innovation. A competitor having access to this manual could copy the manual to improve its own operations manual and its methods of communicating information about operation to users, thereby increasing the value of the competitor's products.

12. Pages of the document: Qualification Plan for The Advanced Imaging Technology (AIT) System with Automated Target Recognition (ATR), EPIC ATR 000264, EPIC ATR 000265 and EPIC ATR 000267 to EPIC ATR 000278 contains proprietary test validation techniques that are unique to test and evaluation of a millimeter wave AIT system. Substantiating that the AIT Scanners comply with all government standards and contract requirements is an important part of transactions with the government for AIT scanners. Releasing this information would expose proprietary techniques for demonstrating compliance that would cause harm to L-3 by allowing our competitors who are in the same qualification process to copy our techniques of demonstrating qualification.

13. Information in the document Off-line processing TSA 3.8 ATR Provision EPIC ATR 000279 to EPIC ATR 000290 contains descriptive information on the use of a proprietary tool to enable rapid evaluation of ProVision ATD performance. Release of the details of L-3 method of satisfying the solution offered by L-3 and described in this document would expose techniques, features and performance parameters. L-3 would be harmed through the release of this information because competitors could copy the approach and negate one of L-3's competitive

advantages. The customer experiences substantial advantage through the use of the L-3 tool to assess the effectiveness of L-3 supplied ProVison ATD security system operating software without having to collect new test data. The tool provides a competitive advantage to L-3. The exposure of proprietary techniques and "know how" would cause substantial competitive harm to L-3 by teaching the competitors how to satisfy rapid evaluation of scanner detection performance and allowing them to mimic the techniques innovated by L-3.

14. Information contained in ProVision Service Manual, EPIC ATR 000291 and EPIC ATR 000321 contains information on system operation and installation that reveals important system architecture. It also contains design implementation techniques that expose system operation and may expose system vulnerabilities to tampering with the system by those persons intent on mischief and doing harm to L-3 and our customers. Due to the complexity of designing systems that operate at a particular level of exposure of proprietary design layouts and tolerances may also expose L-3 to reverse engineering of the physical system. Location and interconnection of key component and access to processing units within the ProVision equipment are not intended for public knowledge and exposure. These layouts would substantially reduce the time required for a competitor to copy the L-3 "High Frequency" electrical design.

15. Information contained in the ATD Operator Training Manual, EPIC ATR 000328 to EPIC ATR 000334, EPIC ATR 000336 to EPIC ATR 000353, EPIC ATR 000355 to EPIC ATR 000358 and EPIC ATR 000360-EPIC ATR 000369 contain information on operation that would potentially compromise the system and expose to the public operational information including power-up sequencing and test procedures that expose proprietary information on methods of determining system health. An example would be the training material's explanation to the trainee operational techniques for scanning and clearing passengers based on the ProVision ATD detection operator control panel outputs. These techniques contain "know how" that could be used by manufacturers of a competitive system to enhance their ability to compete with L-3 by copying

these techniques. The training material contains information from which system vulnerabilities could be deduced. L-3 is under NDA and SSI obligations with the customer base including, but not limited to the TSA not to expose system vulnerabilities. Techniques used to train operators are L3proprietary information and a competitor could use this information to improve their competitive position thereby causing substantial harm to L3.Release of redacted portions of RFD_10-02_D000405-R1_ATR would provide insight to competitors of the amount of business and the rates charged by L-3 for equipment and services. It also contains unique L3 software configuration information used in laboratory evaluations and pertaining to L3's technical validation for implementation. Such release would damage L-3 in a competitive value for services offer by allowing the competition to under value their company's equipment and services to gain a competitive edge over L-3.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of September, 2011

Whitney T. Weller _____