**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT 5**

EPIC ATR 000101

   SENSITIVE SECURITY INFORMATION    P a g e | 47

## Assertion of data and software rights

The detection algorithm and software for the Secure 1000 SP has been based on pre-existing development, developed at private expense. Rapiscan asserts data rights to this algorithm description, and computer software rights to the actual algorithm implemented in performance of this contract. Limited Rights Notice: These data are submitted with limited rights under Government Contract No. HSTS04-09-D-CT2077. These data may be reproduced and used by the Government with the express limitation that they will not, without written permission of the Contractor, be used for purposes of manufacture nor disclosed outside the Government.

## AIT ATR Feature Space Description



WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know", as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

# *Operations Manual, ProVision™ SC-100*

**Part number: 8100-11969-OM**
**Revision:   A0**



All rights reserved. No part of this book may be reproduced in any form without written permission from L-3 Communications Security and Detections.

The materials and information contained herein are being provided by L-3 Communications Security and Detections to its Customers for their internal business purposes only.

L-3 Communications Security and Detections retains all rights, titles, interests in and copyrights to the materials and information herein. The materials and information contained herein constitute confidential information of L-3 Communications Security and Detections.   Customer shall not disclose or transfer any of these materials or information to any third party.

Safety Disclaimer:

EPIC ATR 000293
**P r e f a c e**                                                                  (b) (4)

All rights reserved. No part of this book may be reproduced in any form without written permission from L-3 Communications Security and Detections.

The materials and information contained herein are being provided by L-3 Communications Security and Detections to its Customers for their internal business purposes only.

L-3 Communications Security and Detections retains all rights, titles, interests in and copyrights to the materials and information herein. The materials and information contained herein constitute confidential information of L-3 Communications Security and Detections.   Customer shall not disclose or transfer any of these materials or information to any third party.

Safety Disclaimer:
Equipment that is used in a manner NOT specified by L-3 Communications Security and Detections may reduce any protection provided by the system.

Warranty Disclaimer:
L-3 Communications Security and Detections does not warrant that the operation of the L-3 Communications Security and Detections Products will be uninterrupted, error-free, or secure, that the L-3 Communications Security and Detections Products will comply with any rules or regulations applicable to the activities in which customers may employ the L-3 Communications Security and Detections Products, or that the L-3 Communications Security and Detections Products will operate to detect prohibited objects in all circumstances.  You acknowledge that the real-world performance of the L-3 Communications Security and Detections Product may vary depending on your deployment, operation and application of the L-3 Communications Security and Detections product.

Underwriters Laboratories Inc. ™ (UL) Disclaimer:
Underwriters Laboratories Inc. ™ (UL) has not tested the performance or reliability of the security or signaling aspects of this product.  UL has only tested for fire, shock, and/or casualty hazards as outlined in UL's Standard for Safety: "Electrical Equipment for Measurement, Control and Laboratory Use", (UL61010-1. 2nd Ed).  UL Certification does not cover the performance or reliability of the security or signaling aspects of this product.  UL MAKES NO REPRESENTATIONS, WARRANTIES OR CERTIFICATIONS WHATSOEVER REGARDING THE PERFORMANCE OR RELIABILITY OF ANY SECURITY OR SIGNALING RELATED FUNCTIONS OF THIS PRODUCT.