IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 1:11-cv-00290-ABJ |
| THE UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS-MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR <u>ORAL HEARING</u>**

Plaintiff the Electronic Privacy Information Center ("EPIC") opposes Defendant U.S. Transportation Security Administration's ("TSA") September 16, 2011 Motion for Summary Judgment, and cross-moves for summary judgment.

A statement of genuine issues regarding Defendant's statement of material facts, Plaintiff's statement of material facts not in dispute, a memorandum of points and authorities, and a proposed Order are filed herewith.

Pursuant to LCvR 7(f), Plaintiff requests an oral hearing on the parties' cross-motions.

Respectfully submitted,
    */s/ John Verdi*
MARC ROTENBERG
JOHN VERDI
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, D.C. 20009
(202) 483-1140
*Counsel for Plaintiff*

1