IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY <br> INFORMATION CENTER <br><br> Plaintiff, <br><br> v. <br><br> TRANSPORTATION SECURITY <br> ADMINISTRATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 11-290 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**OFFER OF JUDGMENT**

1. Pursuant to Fed. R. Civ. P. 68, defendant hereby offers to allow judgment to be taken against it, in the amount of $[Redacted] in full resolution of all claims of plaintiff, including all costs, including attorney's fees, incurred in this action, except to the extent specifically enumerated in Paragraph 2. This offered amount includes all costs accrued, including all attorneys' fees and including fees on fees.

2. This Offer of Judgment specifically reserves the right of plaintiff to appeal the determinations by the Court, in its Memorandum Opinion and Order of March 7, 2013, granting summary judgment to defendant judgment as to all of its withholdings pursuant to exemptions 3, 4, and 6, and certain withholdings pursuant to Exemption 5. By accepting this Offer of Judgment, Plaintiff will not waive that right. However, acceptance of this Offer of Judgment will constitute waiver of any further claims by plaintiff to costs, including attorneys' fees, incurred to date.

3. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the defendant is liable in this action, or that the plaintiff has suffered any damage.

Dated: April 12, 2013

        Respectfully submitted,

        STUART F. DELERY
        Acting Assistant Attorney General

        RONALD C. MACHEN JR
        United States Attorney for the
        District of Columbia

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        /s/ Joseph Mead
        JOSEPH MEAD
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, D.C. 20530
        Telephone: (202) 305-8546
        Fax: (202) 305-8517
        Email: joseph.w.mead@usdoj.gov

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2013, I served the foregoing Offer of Judgment on Plaintiff via electronic mail, and via postal mail, to:

> Marc Rotenberg
> Electronic Privacy Information Center
> 1718 Connecticut Avenue, NW, Suite 200
> Washington, DC 20009-1148
> (202) 483-1140, ext 106
> Email: rotenberg@epic.org

Joseph Mead
Trial Attorney