UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 11-290 (RCL) ) |
| TRANSPORTATION SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) ) ) |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF EXHIBITS

The Court should deny Plaintiff's irrelevant and frivolous "Motion for Judicial Notice of Exhibits." In the instant Freedom of Information Act ("FOIA") case, the only matter pending before the Court is Plaintiff's eligibility for, and entitlement to, attorneys' fees and costs. Apparently dissatisfied with this limited scope, Plaintiff asks the Court to take judicial notice of wholly unrelated exhibits. However, Plaintiff makes not even the barest of showings that its proffered exhibits are in any way relevant to the parties' dispute over fees. *See, e.g.*, Fed. R. Evid. 401. Likewise, Plaintiff's thinly veiled implication, see Pl.'s Mot. at 4 n.1, that counsel in this matter have somehow been violating ethics rules or EPIC's attorney-client privilege is equally devoid of any merit whatsoever.

Moreover, EPIC has filed a nondispositive motion without conferring with opposing counsel in violation of Local Civil Rule 7(m). Nowhere in its motion does EPIC represent that it conferred with counsel for Defendant, and indeed, undersigned counsel received no communications whatsoever from EPIC before the motion was filed. This presents additional grounds for denial of EPIC's motion.

EPIC should not be permitted to use the Court's docket as a platform for commentary on unrelated events or to impugn opposing counsel's integrity without cause, particularly when it has done so in the guise of a motion filed in violation of the Court's rules. EPIC's motion should be denied.

Date: June 27, 2013                                  Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney
District of Columbia

ELIZABETH J. SHAPIRO
Deputy Branch Director,
Federal Programs Branch

*s/Joseph Mead*
JOSEPH MEAD (MI Bar No. P71528)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-8546
Fax: (202) 305-8517
Email: joseph.w.mead@usdoj.gov

Attorneys for Defendant