IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) | Civil Number 11-290 (RCL) |
| v. | ) ) | |
| UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the defendant, United States Transportation Security Administration, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit the Order on Plaintiff's Motion for Attorney's Fees (ECF No. 39) and accompanying Memorandum & Opinion (ECF No. 40) entered by the District Court on October 15, 2013.

Dated: December 12, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

/s/ Joseph W. Mead
ELIZABETH J. SHAPIRO
JOSEPH W. MEAD
Attorneys, Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 305-8546
Facsimile: (202) 616-8470
E-mail: joseph.w.mead@usdoj.gov

COUNSEL FOR DEFENDANT